```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :   25cr293-4(DLC)
              -v-                     :
                                      :        ORDER
JEMOR LEVINE,                         :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the defendant's request for a change of counsel is scheduled for August 28, 2025 at 11:30 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         August 28, 2025

                                        _____
                                             DENISE COTE
                                United States District Judge