UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                :

UNITED STATES OF AMERICA       :         25cr293-4(DLC)

         -v-               :

                                :         ORDER

JEMOR LEVINE,                 :

                                :

             Defendant.   :

                                :
------------------------------------------ X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a change of plea is scheduled for March 12, 2026 at 12:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           March 11, 2026

                            _____
                                  DENISE COTE
                  United States District Judge