# LAW OFFICE OF RUDY VELEZ & ASSOCIATES

930 Grand Concourse, Suite 1A, Bronx, New York 10451

Tel: (917) 674-0573 | rvesq@yahoo.com

---

June 3, 2026

**VIA ECF**

The Honorable Denise L. Cote

United States District Judge

Southern District of New York

500 Pearl Street, Courtroom 18B

New York, New York 10007

*The sentence remains scheduled for June 12. The final PSR was made available ahead of deadline set by Rule 32. The defendant's sentencing submission is due June 8. The Government's submission is due June 10.*

*[signature] Cte*

*6/4/26*

**Re:** *United States v. Smith et al.*, No. 25-cr-00293-DLC

    Defendant Jemor Levine — Request for Extension of Time to File Sentencing Submission and Adjournment of Sentencing Date

Dear Judge Cote:

I represent defendant Jemor Levine in the above-captioned matter. I write respectfully to request: (1) an extension of time to file defendant's sentencing submission, from May 29, 2026 to **June 15, 2026**; and (2) an adjournment of the sentencing date, currently scheduled for June 12, 2026 at 11:00 AM, to a date during the **week of June 29, 2026**, at the Court's convenience. The Government consents to this application.

The basis for this request is as follows. At the change of plea proceeding on March 12, 2026, the Court set defendant's sentencing submission due date as May 29, 2026. The Final Presentence Investigation Report, however, was not made available to counsel until **May 29, 2026** — the same date on which the sentencing submission was due. Dkt. 57 (Final Presentence Investigation Report filed May 29, 2026).

Defense counsel has not had adequate time to review the Final PSI, confer with Mr. Levine regarding its contents, address any objections or corrections, and prepare a meaningful

sentencing submission that fully addresses the relevant Section 3553(a) factors on his behalf. The purpose of the sentencing submission is to present the Court with a complete and accurate picture of Mr. Levine's background, history, and circumstances. That purpose cannot be served where counsel receives the Final PSI on the same day the submission is due.

Defendant respectfully requests that the Court extend the deadline for the defense sentencing submission to **June 15, 2026**, with the Government's response due one week thereafter, and that sentencing be adjourned to a date during the week of **June 29, 2026**. This is the first request for an extension of this deadline. The requested extension will not result in undue delay and will ensure that the Court has the benefit of a full and considered submission from defense counsel.

I have conferred with the Government. AUSA Jerry Fang has advised that the Government **consents** to this application.

I thank the Court for its consideration of this request.


Respectfully submitted,



/s/ _____

**Rudy Velez, Sr., Esq.**

Law Office of Rudy Velez & Associates

930 Grand Concourse, Suite 1A

Bronx, New York 10451

Tel: (917) 674-0573 | rvesq@yahoo.com

Attorney for Defendant Jemor Levine


cc:   AUSA Camille Latoya Fletcher (via ECF)

       AUSA Jerry Jia-Wei Fang (via ECF)